In the Matter of ROSE SCHWARTZMAN et al., Copartners under the Firm Name of METRO ROOFING & SHEET METAL WORKS, Appellants.

FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued March 18, 1942; decided April 23, 1942.

*Sydney J. Schwartz* for appellants.

*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.